448 F.2d 1313
 UNITED STATES of America, Plaintiff-Appellee,
v.
Anthony Vincent CALIO, Defendant-Appellant.
 No. 71-1719 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 1, 1971.
 
 Appeal from the United States District Court for the Southern District of Florida; Ted Cabot, District Judge.
 Morton A. Orbach (court appointed), Miami, Fla., for defendant-appellant.
 Robert W. Rust, U. S. Atty., Lloyd G. Bates, Jr., Asst. U. S. Atty., by Michael P. Sullivan, Asst. U. S. Atty, Miami, Fla., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966